CPT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 2007 OCT 11 '07 MJ 2436

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TRAVIS PAUL CROSBY, Defendant | MAGISTRATE CASE NO.: COMPLAINT FOR VIOLATION OF Title 18, U.S.C. Section 2113 - Bank Robbery |

The undersigned complainant, being duly sworn, states:

Count 1

On July 18, 2007, within the Southern District of California, defendant TRAVIS PAUL CROSBY did knowingly and willfully commit bank robbery in San Diego, California. On said date, defendant Crosby entered the Union Bank of California, 8630 Lake Murray Boulevard, San Diego, California, passed a demand note to the victim teller, and received $2,069 from the victim teller before exiting the bank, in violation of Title 18, United States Code, Section 1958.

And the complainant states that this complaint is based on the attached Affidavit incorporated herein by reference.

TODD HEMMEN, Special Agent
Federal Bureau of Investigation

SWORN TO ME AND SUBSCRIBED IN MY PRESENCE THIS 11th DAY OF OCTOBER 2007.

HON. LEO S. PAPAS
United States Magistrate Judge

cpt

SOUTHERN DISTRICT OF CALIFORNIA

AFFIDAVIT OF TODD HEMMEN

I, Todd Hemmen, being duly sworn, depose and state the following:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI). I have been employed by the FBI for more than three years. I am currently assigned to the FBI Violent Crimes Squad, San Diego, California.

2. During my employment with the FBI, I have been involved in numerous investigations related to a wide variety of suspected criminal activity including narcotics trafficking, money laundering, bank robberies, kidnaping, assaults on federal officers, crimes on the high seas, and murder-for-hire. Through my training, education and experience, I have become familiar with the manner in which these investigations evolve.

3. I submit that there is probable cause to believe that Travis Paul Crosby has committed the offense of bank robbery, a violation of Title 18, Section 2113.

4. The following statements are based on my own investigation of the criminal activity described herein, as well as investigation by other federal agents and local law enforcement officers, as well as my experience, training, and background as a Special Agent with the FBI. Since this affidavit is submitted for a limited purpose, I have not included every fact I know about this investigation. I set forth only the facts necessary to establish foundation for the requested warrant.

5. On July 18, 2007, the Union Bank of California located

at 8630 Lake Murray Boulevard, San Diego, California was robbed. During the robbery, the bank robber passed a handwritten, lengthy note to the victim teller. The note read in part, "This is a robbery. Keep your hand where I can see them. If you move or tell anyone else, I'll shoot/kill them. There is another guy waiting for me." The bank robber was described by the victim teller as a white male in his early to mid 30's, approximately 6'2" tall, and weighing approximately 245 pounds.

6. On September 26, 2007, detectives with the San Diego Police Department (SDPD) received information from a confidential source that Travis Paul Crosby ("Crosby") had bragged about robbing a bank in the area of El Cajon or La Mesa, and had netted $20,000 from the robbery. Crosby claimed to have robbed the bank approximately one month before.

7. On September 27, 2007, upon reviewing Crosby's criminal history, I discovered that between September 2001 and December 2001, Crosby robbed four banks in San Diego County. Included among those banks was the September 25, 2001 robbery of the Union Bank of California, 8630 Lake Murray Boulevard, San Diego, California. This is the same Union Bank of California that was robbed on July 18, 2007.

8. On September 27, 2007, I reviewed bank robberies committed in San Diego County during 2007. During the review, I discovered that on July 18, 2007, the Union Bank of California, 8630 Lake Murray Boulevard, San Diego, California was robbed by a man matching Crosby's physical description. The robber netted $2,069 as a result of the robbery.

9. On September 27, 2007, I reviewed the reports from

Crosby's four 2001 bank robberies and the reports from the July 18, 2007 robbery. In the commission of each of his four bank robberies in 2001, Crosby passed a lengthy handwritten note to the victim teller. Crosby also spoke to each of the victim tellers during the course of each robbery. Additionally, on two of the four 2001 robberies, Crosby made reference in his demand notes to a partner stationed outside of the bank with a weapon. During the July 18, 2007 Union Bank of California robbery, the robber passed a lengthy handwritten note to the teller, which read in part, "If you move or tell anyone else, I'll shoot/kill them. There is another guy waiting for me." Also, during the course of the July 18, 2007 Union Bank of California robbery, the robber made several comments to the victim teller.

10. On September 28, 2007, Rachael Crampton, the victim teller of the July 18, 2007 Union Bank of California robbery, reviewed a six-pack photographic lineup of potential bank robbery subjects. Crampton identified Crosby, whose photograph was shown in position number four in the lineup, as the man who robbed her on July 18, 2007.

11. On October 1, 2007, Lorena Gonzales, Crosby's former probation officer, was shown three video surveillance photographs of the July 18, 2007 Union Bank of California robbery. Gonzales indicated that the robber depicted in the photographs appeared to be Crosby. Gonzales was intentionally not made aware of the investigation of Crosby prior to her review of the surveillance photographs.

12. Based on the foregoing, I believe that on July 18, 2007, Travis Paul Crosby robbed the Union Bank of California, 8630 Lake

not made aware of the investigation of Crosby prior to her review of the surveillance photographs.

12. Based on the foregoing, I believe that on July 18, 2007, Travis Paul Crosby robbed the Union Bank of California, 8630 Lake Murray Boulevard, San Diego, California in violation of Title 18, U.S.C. Section 2113.

13. Travis Paul Crosby is described as follows:

| | |
|---|---|
| Name: | Travis Paul Crosby |
| Sex: | Male |
| Race: | White |
| DOB: | December 8, 1977 |
| SSN: | 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 |
| Hair: | Brown |
| Eyes: | Hazel |
| Weight: | 240 lbs |
| Height: | 6'2" |

Todd H

TODD HEMMEN
Special Agent
Federal Bureau of Investigation
San Diego, California

Subscribed and sworn to before me
this 11th day of October, 2007

HON. LEO S. PAPAS
United States Magistrate Judge