CPT
#1250131
12/8/77
81034-198

FILED
07 NOV 13 AM 9:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

*UNITED STATES OF AMERICA,*

*V.*

*TRAVIS PAUL CROSBY*

## *WARRANT FOR ARREST*

*CASE NUMBER:* '07 MJ 2436

*To: The United States Marshal*
*and any Authorized United States Officer*

*YOU ARE HEREBY COMMANDED TO ARREST* Travis Paul Crosby
*Name*

*and bring him or her forthwith to the nearest magistrate to answer a(n)*

__ *Indictment* __ *Information* _X_ *Complaint* __ *Order of court* __ *Violation Notice* __ *Probation Violation Petition*

*charging him or her with (brief description of offense)*

*Threatening Interstate Communication*

*in violation of Title* 18 *United States Code, Section(s)* 2113

DATE 11/8/07
ARRESTED BY FBI LSD
STEVEN C. STAFFORD
ACTING U.S. MARSHAL S/CA
BY Maria

RECEIVED
2007 OCT 11 A 4:12
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO S. PAPAS | MAGISTRATE JUDGE |
| *Name of Issuing Officer* | *Title of Issuing Officer* |
| | OCT 11 2007 SAN DIEGO, CALIF. |
| *Signature of Issuing Officer* | *Date and Location* |

*(By) Deputy Clerk*

***Bail Fixed at $*** To be set in Court ***by*** LEO S. PAPAS U.S. MAGISTRATE JUDGE
***Name of Judicial Officer***

| ***RETURN*** | | |
|---|---|---|
| *This warrant was received and executed with the arrest of the above-named defendant at* | | |
| ***DATE RECEIVED*** | ***NAME AND TITLE OF ARRESTING OFFICER*** | ***SIGNATURE OF ARRESTING OFFICER*** |
| ***DATE OF ARREST*** | | |

CLASS II 'J' FBI 1211