FILED

07 NOV 29 PM 12:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3236 JLS

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TRAVIS PAUL CROSBY, Defendant. | Criminal Case No. ____________ <br> I N D I C T M E N T <br> Title 18, U.S.C., Sec. 2113(a) - Bank Robbery |

The grand jury charges:

On or about July 18, 2007, within the Southern District of California, defendant TRAVIS PAUL CROSBY, by force, violence and by intimidation, did unlawfully take from the person and presence of an employee of Union Bank of California, 8630 Lake Murray Boulevard, San Diego, California, the sum of approximately $2,069.00, belonging to and in the care, custody, control, management, and possession of Union Bank of California, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Section 2113(a).

DATED: November 29, 2007.

A TRUE BILL:

[signature]

Foreperson

KAREN P. HEWITT
United States Attorney

By: [signature]
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

CPT:nlv:San Diego
11/21/07