**KASHA K. POLLREISZ**
California State Bar No. 204148
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467, Ext. 3727
Facsimile: (619) 687-2666
Kasha_Pollreisz@fd.org

Attorneys for Mr. Crosby

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JANIS L. SAMMARTINO**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS PAUL CROSBY,<br><br>Defendant. | CASE NO.07CR3236-JLS<br><br>DATE: February 15, 2008<br>TIME: 1:30 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS:<br><br>(1) REVEAL CONFIDENTIAL INFORMANT;<br>(2) COMPEL DISCOVERY/PRESERVE EVIDENCE;<br>(3) TO DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY;<br>(4) AND; GRANT LEAVE TO FILE FURTHER MOTIONS |

**TO: KAREN P. HEWITT, ACTING UNITED STATES ATTORNEY, AND CHRISTOPHER TENORIO, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on February 15, 2008, at 1:30 p.m. or as soon thereafter as counsel may be heard, the defendant, Travis Crosby, by and through his counsel, Kasha K. Pollreisz and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

## MOTIONS

The defendant, Travis Crosby, by and through his attorneys, Kasha K. Pollreisz and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to reveal confidential informant;
2) to compel discovery/preserve evidence;
3) dismiss the Indictment due to misinstruction of the Grand Jury; and
4) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

s/ *Kasha K. Pollreisz*

Dated: January 14, 2008

**KASHA K. POLLREISZ**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Crosby
Kasha_Pollreisz@fd.org