**KASHA K. POLLREISZ**
California State Bar No. 204148
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
E-Mail: kasha_pollreisz@fd.org

Attorneys for Mr. Crosby

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**TRAVIS PAUL CROSBY**,<br>Defendant. | Case No. 07CR3226-JIS<br><br>**PROOF OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**CHRISTOPHER TENORIO, ASSISTANT UNITED STATES ATTORNEY**
Christopher.Tenorio@usdoj.gov efile.dkt.gc1@usdoj.gov,;Maria.Richardson@usdoj.gov

Dated: January 14, 2008

s/ *Kasha K. Pollreisz*
**KASHA K. POLLREISZ**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: kasha_pollreisz@fd.org