KAREN P. HEWITT
United States Attorney
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney
California State Bar No. 166022
880 Front Street, Suite 6293
San Diego, California 92101-8893
Telephone: (619) 557-7843
Christopher.Tenorio@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS PAUL CROSBY,<br><br>Defendant. | ) | Criminal Case No. 07CR3236-JLS<br><br>DATE: February 15, 2008<br>TIME: 1:30 p.m.<br><br>JOINT MOTION TO CONTINUE MOTION HEARING |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christopher P. Tenorio, Assistant United States Attorney, and defendant, Travis Paul Crosby, through his counsel, Kasha K. Pollreisz hereby jointly move this court to continue the motion hearing currently scheduled for Friday, February 15, 2008 at 1:30 p.m., to Friday, February 22, 2008

//

//

//

//

//

//

//

at 1:30 p.m. The parties stipulate that the time between February 15, 2008, and February 22, 2008 is excluded. The need for the continuance is due to Government counsel's planned absence from the district on the currently scheduled date of February 15, 2008.

Dated: February 8, 2008

s/ Kasha K. Pollreisz
JULIE BLAIR
Attorney for Defendant

Dated: February 8, 2008

KAREN P. HEWITT
United States Attorney

s/Christopher P. Tenorio
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TRAVIS PAUL CROSBY,<br>Defendant. | Criminal Case No. 07CR3236-JLS<br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **JOINT MOTION TO CONTINUE MOTION HEARING** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Kasha K. Pollreisz, Esq.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Christopher P. Tenorio
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney