UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TRAVIS PAUL CROSBY,<br>Defendant. | Criminal Case No. 07CR3236-JLS<br>ORDER TO CONTINUE MOTION HEARING |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the motion hearing in the above-referenced case be continued from Friday, February 15, 2008 at 1:30 p.m., to Friday, February 22, 2008 at 1:30 p.m. The court finds that the time between February 15, 2008, and February 22, 2008 is excluded.

Dated: 2/11/2008

Janis L. Sammartino
HON. JANIS L. SAMMARTINO
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

s/ Christopher P. Tenorio
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney