UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**TRAVIS CROSBY,**<br>Defendant. | ) | CASE NO. 07CR3236-JLS<br><br>ORDER |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

The government preserve the following evidence during the pendency of this case: items seized from Mr. Crosby, either on his person or at his house, any and all physical evidence taken from the bank, the surveillance video from the bank, all photographs shown to potential witnesses. Further, that all government agencies and private contractors having custody of such evidence be notified of this preservation order and that defense counsel and/or their agents and investigators be granted access to such evidence .

**SO ORDERED**.

DATED: February 22, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge