UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TRAVIS PAUL CROSBY,<br>Defendant. | Criminal No. 07CR3236-JLS<br><br>**ORDER CONTINUING MOTION HEARING** |

**IT IS HEREBY ORDERED** that defendant Travis Paul Crosby's motion hearing date be continued from March 21, 2008 at 1:30 p.m. to April 18, 2008 at 1:30 p.m.

**SO ORDERED**.

DATED: March 19, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge