**KASHA K. POLLREISZ**
California Bar No. 204148
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
kasha_pollreisz@fd.org

Attorneys for Defendant Travis Paul Crosby

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS PAUL CROSBY,<br><br>Defendant. | ) | Criminal No. 07CR3236-JLS<br><br>**STIPULATION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that defendant Travis Paul Crosby's Motion Hearing/Trial Setting date of May 23, 2008 at 1:30 p.m. be continued to Friday, June 13, 2008, at 1:30 p.m. The new Motion Hearing/Trial Setting date is confirmed to be acceptable with court staff.

**SO STIPULATED.**

Dated: May 20, 2008

*/s/ Kasha K. Pollreisz*
KASHA K. POLLREISZ
Federal Defenders of San Diego Inc.
Attorneys for Mr. Crosby

Dated: May 20, 2008

*/s/ Christopher Tenorio*
CHRISTOPHER TENORIO
Assistant United States Attorney