UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br>v.<br>TRAVIS PAUL CROSBY,<br>Defendant-Appellant. | Case No. 07CR3236-JLS<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Stipulation to Continue Motion Hearing/Trial Hearing has been electronically served this day upon:

Christopher Tenorio, Assistant United States Attorney
880 Front Street
San Diego, CA 92101

Dated: May 20, 2008

*/s/ Kasha K. Pollreisz*

KASHA K. POLLREISZ
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
kasha_pollreisz@fd.org